FILED
2026 Nov-24 AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

**JOHNNY GREGORY SWANN, JR.,**
Plaintiff,

**v.**

**CARTER,** *et al.*,
Defendants.

**Case No. 5:25-cv-1479-CLM-JHE**

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending that the court treat Defendants' special report as a motion for summary judgment and also that the court grant the motion. (Doc. 23). The court advised the parties of their right to file specific written objections within 14 days, but the court has not received any objections.

After considering the record, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will **GRANT** Defendants' motion for summary judgment and **DISMISS** this case **WITH PREJUDICE**.

**DONE** and **ORDERED** on November 24, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE